NOT DESIGNATED FOR PUBLICATION

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 114,562

In the Matter of the Care and Treatment of DONALD E. RAMAGE.

MEMORANDUM OPINION

Review of the judgment of the Court of Appeals in 53 Kan. App. 2d 209, 387 P.3d 853 (2016). Appeal from Sedgwick District Court; JOSEPH BRIBIESCA, judge. Opinion filed December 22, 2017. Petition for review improvidently granted.

*Sam S. Kepfield*, of Hutchinson, argued the cause and was on the brief for appellant.

*Dwight R. Carswell*, assistant solicitor general, argued the cause, and *Derek Schmidt*, attorney general, was with him on the briefs for appellee.

PER CURIAM:  We determine that the petition for review in this case was improvidently granted. This decision is identical in effect to a denial of the petition for review in the first instance, and a "'denial of a petition for review imports no opinion on the merits of the case.'" *State v. Eisenhour*, 305 Kan. 409, 411, 384 P.3d 426 (2016) (quoting Supreme Court Rule 8.03[g] [2017 Kan. S. Ct. R. 56]).

Petition for review improvidently granted.